ACCEPTED
01-15-00137-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/4/2015 2:53:04 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00137-CV

### In the Court of Appeals for the First District
### Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

8/4/2015 2:53:04 PM
CHRISTOPHER A. PRINE
Clerk

### STEVEN HILL,
**APPELLANT**

**v.**

### PREMIER IMS, INC.,
**APPELLEE**

On Appeal from the 133rd Judicial District Court of Harris County, Texas
Cause No. 2011-68790

## MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellee, and files this Motion to Extend Time to File Appellee's Brief. In support of this Motion, Appellee shows unto this Court the following:

### A.

### INTRODUCTION

1. This is an interlocutory appeal brought by Appellant pursuant to Texas Civil Practice & Remedies Code Section 51.014(a)(9), which allows an interlocutory appeal from an order denying a motion to dismiss under Texas Civil

Practice & Remedies Code Section 74.351 (b). The Appellee/Plaintiff is PREMIER IMS, INC.

## B.

## ARGUMENT & AUTHORITIES

2. No rule limits the time within which to file this Motion to Extend. Tex. R. App. P. 38.6.

3. The Court may extend time to file Appellee's Brief under the authority of Tex. R. App. P. 38.6(d).

4. Appellee's Brief is due on or about August 7, 2015.

5. Appellant requests an additional thirty (30) days from the current due date in which to file his brief, extending the time to September 8, 2015.

6. Appellee has not previously requested any extension to file its brief.

7. Appellant is unopposed to Appellee's Motion to Extend Time.

8. An extension of time to file Appellee's Brief would allow Appellee an opportunity to fully prepare a response with the thoughtful consideration and deliberation that this important matter requires.

## PRAYER

8.     For these reasons, Appellee respectfully asks the Court to grant an extension of time to file its Brief to September 8, 2015.

Respectfully submitted,

LUCCIA & EVANS, L.L.P.


By */s/ Mary Kathleen Evans*____
  Mary Kathleen Evans
  SBN 06723925
  mkevans@luccia-evans.com
 Joseph I. Balat
  SBN 24045442
  jibalat@luccia-evans.com
  8 Greenway Plaza, Suite 1450
  Houston, Texas 77046
  (713) 629-0002 / Fax (713) 629-0004

**ATTORNEYS FOR APPELLEE**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing Motion to Extend Time to File Appellee's Brief has been forwarded to counsel for Appellant on the 4th day of August, 2015 as follows:

Alan N. Magenheim                     *Via Electronic Service*
MAGENHEIM & ASSOCIATES
3701 Kirby Drive, Suite 913
Houston, Texas 77098


*/s/ Mary Kathleen Evans*_____
Mary Kathleen Evans/Joseph I. Balat

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Appellant was e-mailed on August 4, 2015, regarding Appellee's request for an extension of time. Appellant's counsel stated that he was unopposed.

*/s/ Mary Kathleen Evans*_____
Mary Kathleen Evans/Joseph I. Balat